

FILED NOV 12 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA

3:08cr488

I Andre Turner Now assert my notice of appeal. please file this at your earlist convenience.

Subscribe to under penalty of perjury, 28 u.s.c §1746 I do declare under the penalty of perjury that the forgoing is true and correct

Date
Nov. 2. 09

Sign
Respectfully Submitted
Andre Turner

use can you send a copy of my ~r docket sheet

Thank you



RECEIVED NOV 12 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Sign
Andre Turner

FILED NOV 12 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA

3:08cr488

I Andre Turner Now assert my notice of appeal. please file this at your earlist Convenience.

Subscribe to under penalty of perjury, 28 U.S.C §1746 I do declare under the penalty of perjury that the forgoing is true and Correct.

Date
Nov. 2, 09

Sign
Respectfully Submitted
Andre Turner

Please can you send a Copy of my master docket sheet
Thank you

Date
Nov. 2, 09

RECEIVED NOV 12 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Sign
Andre Turner

Andre Turner 71225
Piedmont Regional Jail
P.O Drawer 388
Farmville, VA 23901

**INMATE MAIL**

U.S. Clerk's Office
Eastern District
Richmond, VA 23___




RECEIVED
NOV 12 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA